App. Div.]          First Department, October, 1914.

The People of the State of New York v. Charles S. Horowitz.—Motion denied. Order to be settled on notice. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas Kenny v. William F. Campbell.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William E. Bloodgood v. Nathan Reznikoff.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Interborough Rapid Transit Company.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Reginald Whamond v. North Side Board of Trade.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary F. Meagher, as Administratrix, etc., Respondent, v. George A. Hearn and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

J. Otis Mageworth, Respondent, v. Andrew Mehler, Appellant.— Judgment and order affirmed, with costs. No opinon. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

John McCreanor, Respondent, v. Peter Cardinale, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Annie O'Donnell, as Administratrix, etc., Respondent, v. Cauldwell-Wingate Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., dissented.

Julius Oppenheimer, as Administrator de Bonis Non, etc., Respondent, v. Henry Clifford Freeman, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Louis Fontanella, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Elizabeth Goodenough, Appellant, v. Wood Harmon Warranty Corporation and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Sophie Spreen, as Administratrix, etc., Respondent, v. The Erie Railroad Company, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Laughlin and Scott, JJ., dissented.

Louis Cohen, Appellant, v. Rebecca Cohen, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Jacob Rupp, by William Rupp, Guardian ad Litem, Respondent, v,